NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS WILLIAMS,          )
                            )
            Appellant,      )
                            )
v.                          )          Case No. 2D17-4903
                            )
STATE OF FLORIDA,           )
                            )
            Appellee.       )
_____)

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

Nicholas Williams, pro se.

PER CURIAM.

          Affirmed.  See Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en

banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004).

SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.